UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE SEARCH WARRANTS | Case Nos.: 22-SW-357; 22-SW-358; 22-SW-359; 22-SW-360; 22-SW-361; 22-SW-362; 22-SW-363; 22-SW-364; 22-SW-365. |

## MOTION TO UNSEAL

The United States of America, by and through its attorneys, Zachary A. Cunha, United States Attorney, and Ronald R. Gendron, Assistant United States Attorney, hereby moves to unseal the search warrants in cases numbered 22-SW-357 through 22-SW-365, captioned above.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ZACHARY A. CUNHA
United States Attorney

*/s/ Ronald Gendron*
RONALD R. GENDRON
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Ronald.Gendron@usdoj.gov

SO ORDERED:

_____
PATRICIA A. SULLIVAN
UNITED STATES MAGISTRATE JUDGE        DATE: _____